# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| AETNA LIFE INSURANCE COMPANY,<br><br>    Plaintiff-in-Interpleader,<br><br>    v.<br><br>CHRISTINA BREWIS and DARLENE BREWIS,<br><br>    Defendants-in-Interpleader. | CASE NO. C08-5265RJB<br><br>ORDER ON INTERPLEADER AETNA LIFE INSURANCE CO.'S MOTION FOR ATTORNEY'S FEES AND COSTS, AND TO DISMISS AETNA |

This matter comes before the Court on Plaintiff-in-Interpleader Aetna Life Insurance Company's ("Aetna") Motion for Attorney's Fees and Costs and to Dismiss Aetna. Dkt. 9. The Court has considered the pleadings filed in support of and in opposition to the motion and the file herein.

On April 29, 2008, Aetna deposited life insurance policy proceeds in the amount of $63,500.00 with the Clerk of the Court. Dkt. 1. Aetna requests attorney's fees of $3,125.50 for 9.4 hours of work, billed at $332.50 per hour. Dkt. 10-2. Aetna requests $399.65 in costs. *Id.* Aetna is represented by Sarah E. Haushild of Lane Powell, PC. Dkt. 1. Defendant-in-Interpleader Christina Brewis files an opposition to Aetna's request. Dkt. 11. While conceding that Aetna is entitled to costs and some attorney's fees, she urges the Court to reduce the hourly rate charged to $200.00 or less. *Id.* She provides the Declaration of her attorney, J. Alece Cox,

ORDER
Page 1

who states that she is charging Ms. Brewis an hourly rate of $225.00. Dkt. 12. She argues that this is a reasonable rate in Pierce County, Washington. *Id*.

"The amount of fees to be awarded in an interpleader action is committed to the sound discretion of the district court." *Trustees of the Directors Guild of America-Producer Pension Benefits Plans v. Tise,* 234 F.3d 415, 426 (9th Cir. 2000) (*citing Schirmer Stevedoring Co. v. Seaboard Stevedoring Corp.,* 306 F.2d 188, 194 (9th Cir. 1962)). "Compensable expenses include, for example, preparing the complaint, obtaining service of process on the claimants to the fund, and preparing an order discharging the plaintiff from liability and dismissing it from the action." *Id.,* at 427.

Aetna is entitled to an award of $2,115.00 in attorney's fees. It appears that an hourly rate of $225.00 is a reasonable rate for work of this nature in Pierce County, Washington. Aetna's request for 9.4 hours of work by its attorney for preparation of the complaint, service of process on the Defendants-in-Interpleader and for preparation of pleadings related to the instant motion, at $225.00 per hour, entitles it to $2,115.00 in attorney's fees. Aetna should awarded a total of $2,514.65 ($399.65 in costs and $2115.00 in attorney's fees) out of the life insurance benefit proceeds on deposit in the registry of this court in this matter. Aetna requests that the check be sent to its attorney of record. Dkt. 9-2. Aetna should now be dismissed.

## III. ORDER

Therefore, it is hereby, **ORDERED** that

- Plaintiff-in-Interpleader Aetna Life Insurance Company's Motion for Attorney's Fees and Costs and to Dismiss Aetna (Dkt. 9) is **DENIED AS TO THE HOURLY RATE CHARGED FOR ATTORNEY'S FEES, BUT IS GRANTED IN ALL OTHER RESPECTS**;
- The Clerk of the Court is Directed to issue a check in the amount of $2,514.65, payable to Aetna Life Insurance Company, and mail or deliver the check to the attorney of record Sarah E. Haushild at Lane Powell PC as requested,
- Plaintiff-in-Interpleader Aetna Life Insurance Company is **DISMISSED**;

1 • The Clerk of the Court is instructed to send uncertified copies of this Order to all counsel
2 of record and to any party appearing *pro se* at said party's last known address.
3 DATED this 13th day of August, 2008.

*(signature)*
ROBERT J. BRYAN
United States District Judge